## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

Kathi Renee Sparks,
*individually and on behalf of*
*all those similarly situated*,

    Plaintiff,

vs.                                    CASE NO.: 8:22-cv-02804-TPB-TGW

1-800 WineShop, Inc., DBA WineShop At Home,

    Defendant.
_____/

## NOTICE OF DESIGNATION OF LEAD COUNSEL

    YOU ARE NOTIFIED that Benjamin W. Raslavich, Esquire of the law firm of Kuhn Raslavich, P.A., is appearing as counsel of record of Plaintiff, Kathi Renee Sparks. Copies of pleadings, motions and other papers should be served on the undersigned.

                                                           Ben@thekrfirm.com
                                                           Service1@thekrfirm.com

Dated: December 9, 2022

                                                      Respectfully submitted:

                                                      /s/ *Benjamin W. Raslavich*
                                                      **BENJAMIN W. RASLAVICH, ESQ.**
                                                      Florida Bar No.: 0102808
                                                      **KUHN RASLAVICH, P.A.**
                                                      2110 West Platt Street
                                                      Tampa, Florida 33606
                                                      Telephone: (813) 422 - 7782
                                                      Facsimile: (813) 422 - 7783
                                                      Ben@theKRfirm.com
                                                      Counsel for Plaintiff

*[Certificate of Service follows on the next page]*

## CERTIFICATE OF SERVICE

  I hereby certify that on December 9, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF.  I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

            /s/ *Benjamin W. Raslavich*
            **BENJAMIN W. RASLAVICH, ESQ.**
            Florida Bar No.: 0102808