UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Kathi Renee Sparks,
*individually and on behalf of*
*all those similarly situated*,

    Plaintiff,

v.

Case No.: 8:22-cv-02804-TPB-TGW

1-800 WineShop, Inc., DBA WineShop At Home,

    Defendant.
_____/

## **NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.07(c), Plaintiff hereby certifies that the instant action:

___  IS    related to pending or closed civil criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____
_____

_X_  IS NOT
    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State Court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

*[Certificate of Service follows on the next page]*

Dated:  December 9, 2022

Respectfully submitted:

/s/ *Benjamin W. Raslavich*
**BENJAMIN W. RASLAVICH, ESQ.**
Florida Bar No.: 0102808
**KUHN RASLAVICH, P.A.**
2110 West Platt Street
Tampa, Florida 33606
Telephone: (813) 422 - 7782
Facsimile: (813) 422 - 7783
Ben@theKRfirm.com
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF.  I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ *Benjamin W. Raslavich*
**BENJAMIN W. RASLAVICH, ESQ.**
Florida Bar No.: 0102808