UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Kathi Renee Sparks,
*individually and on behalf of*
*all those similarly situated*,

    Plaintiff,

vs.                                  CASE NO.: 8:22-cv-02804-TPB-TGW

1-800 WineShop, Inc., DBA WineShop At Home,

    Defendant.

_____

**DISCLOSURE STATEMENT PURSUANT TO**
**FEDERAL RULE OF CIVIL PRODCURE 7.1 AND LOCAL RULE 3.03**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03, Kathi Renee Sparks, makes the following disclosure(s).

1. If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation:

    *None.*

2. If this is an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), name and identify the citizenship of every individual or entity whose citizenship is attributed to the filing party or intervenor: [To identify the citizenship of a partnership, LLC, or other unincorporated entity, a party must list the citizenships of all members or partners of that entity.[1]]

---

[1] See Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C., 374 F.3d 1020, 1022 (11th Cir. 2004). Where a member of the party is also an unincorporated entity, its members must also be identified continuing on through however many layers of partners or members there may be. See Purchasing Power, LLC v. Bluestem Brands, Inc., 851 F.3d 1218, 1220

   *Not applicable.*

3. Identify each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

   Plaintiff, Kathi Renee Sparks.

   Plaintiff's Counsel, Benjamin W. Raslavich, Esq., Clayton T. Kuhn, Esq., and Kuhn Raslavich, P.A.

   Defendant, 1-800 WineShop, Inc., DBA WineShop At Home.

   Defendant's Counsel, Irene Oria, Esq., Robert T. Wright, Jr., Esq., and Fisherbroyles LLP.

4. Identify each entity with publicly traded shares or debt potentially affected by the outcome:

   *None*.

5. Identify each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee:

   *None*.

6. Identify each person arguably eligible for restitution:

   Kathi Renee Sparks.

---

(11th Cir. 2017); D.B. Zwirn Special Opportunities Fund, L.P. v. Mehrotra, 661 F.3d 124, 125-27 (1st Cir. 2011).

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated: December 9, 2022

                                            Respectfully submitted by:

                                            /s/ *Benjamin W. Raslavich*
                                            **BENJAMIN W. RASLAVICH, ESQ.**
                                            Florida Bar No.: 0102808
                                            **KUHN RASLAVICH, P.A.**
                                            2110 West Platt Street Tampa, Florida 33606
                                            Telephone: (813) 422 – 7782
                                            Facsimile: (813) 422 – 7783
                                            Ben@theKRfirm.com
                                            Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF.  I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                            /s/ *Benjamin W. Raslavich*
                                            Benjamin W. Raslavich, Esquire
                                            Florida Bar No.: 0102808