IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KATHI RENEE SPARKS, individually and )
on behalf of all those similarly situated, )
)
      Plaintiff, )
)
vs. )   Case No. 22-cv-02804-TPB-TGW
)
1-800 WINESHOP, INC., DBA WINESHOP )
AT HOME, )
)
      Defendant. )

## NOTICE OF FILING IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1446(a) and Local Rule 1.06, Defendant, 1-800 WineShop.com, Inc., DBA WineShop At Home (incorrectly named in Complaint as 1-800 WineShop, Inc.) ("WSAH") hereby submits the following documents in support of WSAH's Notice of Removal filed on December 9, 2022 that were not available at the time of the filing of the Notice of Removal due to the state court's website being down for maintenance: (1) attached as **Exhibit A**, copies of all documents contained in the docket of the state court action from which this case was removed, styled *Kathi Renee Sparks, individually and on behalf of all those similarly situated v. 1-800 WineShop, Inc., DBA WineShop At Home,* Case No. 2022-CA-2764-ES, pending in the Sixth Judicial Circuit Court of Pasco County, Florida; and (2) attached as **Exhibit B**, a copy of the state court docket sheet.

    Dated:  December 10, 2022.

By: /s/ Irene Oria
Robert T. Wright, Jr. (Fla. Bar No. 185525)
Irene Oria (Fla. Bar No. 484570)
FISHERBROYLES LLP
1221 Brickell Ave., Suite 900
Miami, FL 33131
Telephone: (786) 873-4603
robert.wright@fisherbroyles.com
irene.oria@fisherbroyles.com

***ATTORNEYS FOR DEFENDANT
1-800 WINESHOP.COM, INC., DBA
WINESHOP AT HOME***

## CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2022, electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the counsel of record identified on the Service List below.

/s/ Irene Oria
Irene Oria, Esq.

## SERVICE LIST

Benjamin W. Raslavich, Esq.
**KUHN RASLAVICH, P.A.**
2110 West Platt Street
Tampa, Florida 33606
Telephone: (813) 422-7782
Facsimile: (813) 422-7783
Email: ben@theKRfirm.com

*Counsel for Plaintiff*

2