

New Search | Expand All

| Case Number | Filed Date | Case Type | Status | Contested | Jury Trial |
|---|---|---|---|---|---|
| 512022CA002764CAAXES [2022CA002764CAAXES] | 10/26/2022 | Circuit Civil 3-C | OPEN | NO | YES |

| Filing Date | Description | Active | Contested | Judgment Date |
|---|---|---|---|---|
| 10/26/2022 | Anti Trust And Or Trade Regulation | YES | NO | - |

| Party Name | Party Type | Attorney | Bar ID |
|---|---|---|---|
| LEWIS, KEMBA JOHNSON | JUDGE | | |
| 1 800 WINESHOP INC  Search This Party | DEFENDANT | | |
| SPARKS, KATHI  Search This Party | PLAINTIFF | RASLAVICH, BENJAMIN W. | 102808 |

### Dockets

| Image | Doc # | Action Date | Description | Pages |
|---|---|---|---|---|
| 📄 | 6 | 11/15/2022 | Return of Service on Summons Served ON 1-800 WINESHOP INC DBA WINESHOP AT HOME 110922 | 1 |
| 📄 | 5 | 10/31/2022 | Summons Issued And Returned To ATTY | 1 |
| 📄 | 4 | 10/26/2022 | Summons to be Issued by Clerk | 1 |
| 📄 | 3 | 10/26/2022 | Complaint | 9 |
| 📄 | 2 | 10/26/2022 | Civil Cover Sheet | 3 |
| | 1 | 10/26/2022 | Case 512022CA002764CAAXES Filed with Clerk on 10/26/2022 | |

### Judge Assignment History

| Assigned Date | Withdraw Date | Judicial Officer | Type |
|---|---|---|---|
| 10/27/2022 | - | LEWIS, KEMBA JOHNSON | |

### Court Events

| Event Date | Judge | Docket Type | Location | Prosecutor | Defendant Attorney |
|---|---|---|---|---|---|
| No records found. | | | | | |

### Financial Summary

| Financial Summary | | | |
|---|---|---|---|
| Assessment | Total: $410.00 | Paid to Date: $410.00 | Balance Due: $0.00 |
| Restitution | Total: $0.00 | Paid to Date: $0.00 | Balance Due: $0.00 |

| Financial Details | | | | | |
|---|---|---|---|---|---|
| Count | Assessment Due | Assessment Paid to Date | Restitution Due | Restitution Paid to Date | Last Payment Date |
| | $410.00 | $410.00 | $0.00 | $0.00 | - |

### Reopen History

| Reopen Date | Reopen Close Date | Reopen Reason |
|---|---|---|
| No records found. | | |

** Pursuant to Florida Statutes and Florida Rules of Court Procedure, records that have been designated as expunged, sealed or confidential may not be available through this service. For additional information on specific records please contact the Clerk of Court.

# EXHIBIT B

Privacy - Terms