IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| KATHI RENEE SPARKS,<br>individually and on behalf of all those<br>similarly situated,<br><br>      Plaintiff,<br><br>vs.<br><br>1-800 WINESHOP, INC., DBA<br>WINESHOP AT HOME,<br><br>      Defendant. | Case No. 22-cv-02804-TPB-TGW |

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF
TIME TO RESPOND TO COMPLAINT**

Defendant, 1-800 WineShop.com, Inc., DBA WineShop At Home (incorrectly named in Complaint as 1-800 WineShop, Inc.) ("Defendant") hereby moves for an *unopposed* extension of time to respond to Plaintiff's Class Action Complaint (D.E. 1-1), and states as follows:

1. On October 26, 2022, Plaintiff Kathi Renee Sparks ("Plaintiff") filed her Class Action Complaint in the Sixth Judicial Circuit Court in and for Pasco County, Florida (the "Complaint"). (D.E. 1-1.)

2. On November 9, 2022, Defendant was served with a copy of the Complaint. (*Id.*)

3. On December 9, 2022, Defendant timely filed a Notice of Removal removing this action from state court. (D.E. 1.)

4. Pursuant to Fed. R. Civ. P. 81(c)(2), Defendant's response to the Complaint

is currently due on December 16, 2022 – seven (7) days after Defendant filed its Notice of Removal.

5. Undersigned counsel for Defendant was recently retained and requires additional time to obtain pertinent information relevant to Defendant's response to the Complaint. Additionally, an extension of Defendant's time to respond to the Complaint is necessary due to undersigned counsel's and their client's Holiday travel schedules and other work commitments.

6. Accordingly, Defendant hereby respectfully requests an extension of time through and including January 23, 2023 to file a response to the Complaint.

### Local Rule 3.01(g) Certification

Undersigned counsel certifies that, on December 12, 2022, undersigned counsel conferred with counsel for Plaintiff regarding this Motion and Plaintiff's counsel represented that Plaintiff does <u>not</u> oppose the extension requested in this Motion.

Dated: December 12, 2022.

By: */s/ Irene Oria*
Robert T. Wright, Jr. (Fla. Bar No. 185525)
Irene Oria (Fla. Bar No. 484570)
FISHERBROYLES LLP
1221 Brickell Ave., Suite 900
Miami, FL 33131
Telephone: (786) 873-4603
robert.wright@fisherbroyles.com
irene.oria@fisherbroyles.com

***ATTORNEYS FOR DEFENDANT 1-800 WINESHOP.COM, INC., DBA WINESHOP AT HOME***

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2022, electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the counsel of record identified on the Service List below.

/s/ Irene Oria
Irene Oria, Esq.

## SERVICE LIST

Benjamin W. Raslavich, Esq.
**KUHN RASLAVICH, P.A.**
2110 West Platt Street
Tampa, Florida 33606
Telephone: (813) 422-7782
Facsimile: (813) 422-7783
Email: ben@theKRfirm.com

*Counsel for Plaintiff*

3