# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| KATHI RENEE SPARKS, )<br>individually and on behalf of all those )<br>similarly situated, )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>1-800 WINESHOP, INC., DBA )<br>WINESHOP AT HOME, )<br>)<br>    Defendant. ) | Case No. 22-cv-02804-TPB-TGW |

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03, Defendant, 1-800 WineShop.com, Inc., DBA WineShop At Home (incorrectly named in Complaint as 1-800 WineShop, Inc.) ("Defendant") makes the following disclosure(s).

1. If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation:

   *None.*

2. If this is an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), name and identify the citizenship of every individual or entity whose citizenship is attributed to the filing party or intervenor: [To identify the citizenship of a partnership, LLC, or other unincorporated entity, a party must list the citizenships of all members or partners of that entity.[1]]

---

[1] *See Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C.*, 374 F.3d 1020, 1022 (11th Cir.

> *Delaware and California (Defendant is a corporation incorporated in Delaware with its principal place of business in Napa, California)*

3. Identify each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

    a) Plaintiff, Kathi Renee Sparks
    b) Plaintiff's Counsel, Benjamin W. Raslavich, Esq., Clayton T. Kuhn, Esq., and Kuhn Raslavich, P.A.
    c) Defendant, 1-800 WineShop.com. Inc., DBA WineShop At Home
    d) Blue Ostrich Farms, LLC
    e) Defendant's Counsel, Irene Oria, Esq., Robert T. Wright, Jr., Esq., and FisherBroyles LLP
    f) Defendant's Counsel, John A. Hinman, Esq., and Hinman & Carmichael LLP

4. Identify each entity with publicly traded shares or debt potentially affected by the outcome:

    *None.*

5. Identify each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee:

    *Not applicable.*

---

2004). Where a member of the party is also an unincorporated entity, its members must also be identified continuing on through however many layers of partners or members there may be. *See Purchasing Power, LLC v. Bluestem Brands, Inc.*, 851 F.3d 1218, 1220 (11th Cir. 2017); *D.B. Zwirn Special Opportunities Fund, L.P. v. Mehrotra*, 661 F.3d 124, 125-27 (1st Cir. 2011).

6. Identify each person arguably eligible for restitution:

*Not applicable.*

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated: December 13, 2022.

By: */s/ Irene Oria*
Robert T. Wright, Jr. (Fla. Bar No. 185525)
Irene Oria (Fla. Bar No. 484570)
FISHERBROYLES LLP
1221 Brickell Ave., Suite 900
Miami, FL 33131
Telephone: (786) 873-4603
robert.wright@fisherbroyles.com
irene.oria@fisherbroyles.com

**ATTORNEYS FOR DEFENDANT 1-800 WINESHOP.COM, INC., DBA WINESHOP AT HOME**

## CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2022, electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the counsel of record identified on the Service List below.

/s/ Irene Oria
Irene Oria, Esq.

## SERVICE LIST

Benjamin W. Raslavich, Esq.
**KUHN RASLAVICH, P.A.**
2110 West Platt Street
Tampa, Florida 33606
Telephone: (813) 422-7782
Facsimile: (813) 422-7783
Email: ben@theKRfirm.com

*Counsel for Plaintiff*