# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| KATHI RENEE SPARKS,  )<br>individually and on behalf of all those )<br>similarly situated, )<br>)<br>     Plaintiff, )<br>)<br>vs. )<br>)<br>1-800 WINESHOP, INC., DBA )<br>WINESHOP AT HOME, )<br>)<br>     Defendant. ) | Case No. 22-cv-02804-TPB-TGW |

## NOTICE OF DESIGNATION OF LEAD COUNSEL

YOU ARE NOTIFIED that Robert T. Wright, Jr. of the law firm of FisherBroyles LLP is appearing as lead counsel of record for Defendant, 1-800 WineShop.com, Inc., DBA WineShop At Home (incorrectly named in Complaint as 1-800 WineShop, Inc.). Copies of all pleadings, motions and other papers should be served on the undersigned.

Dated: December 19, 2022.

By: /s/ Robert T. Wright, Jr.
Robert T. Wright, Jr. (Fla. Bar No. 185525)
Irene Oria (Fla. Bar No. 484570)
FISHERBROYLES LLP
1221 Brickell Ave., Suite 900
Miami, FL 33131
Telephone: (786) 873-4603
robert.wright@fisherbroyles.com
irene.oria@fisherbroyles.com

***ATTORNEYS FOR DEFENDANT 1-800 WINESHOP.COM, INC., DBA WINESHOP AT HOME***

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2022, electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the counsel of record identified on the Service List below.

/s/ Robert T. Wright, Jr.
Robert T. Wright, Jr., Esq., Esq.

## SERVICE LIST

Benjamin W. Raslavich, Esq.
**KUHN RASLAVICH, P.A.**
2110 West Platt Street
Tampa, Florida 33606
Telephone: (813) 422-7782
Facsimile: (813) 422-7783
Email: ben@theKRfirm.com

*Counsel for Plaintiff*

2