UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Kathi Renee Sparks,
*individually and on behalf of
all those similarly situated*,

    Plaintiff,

v.                                                                   Case No.: 8:22-cv-02804-TPB-TGW

1-800 WineShop, Inc., DBA WineShop At Home,

    Defendant.
_____/

## JOINT NOTICE OF SCHEDULING MEDIATION

Pursuant to the Court's Order Requiring Mediation [DE 13], undersigned counsel files this Joint Notice Scheduling Mediation. The parties have agreed that mediation is set before Hon. Gregory P. Holder for **March 7, 2023** at **1:30 PM**, via virtual video conference.

Dated: January 10, 2023                              Respectfully submitted by:

/s/ *Robert T. Wright, Jr.*                              /s/ *Benjamin W. Raslavich*
**ROBERT T. WRIGHT, JR., ESQ.**           **BENJAMIN W. RASLAVICH, ESQ.**
Florida Bar No.: 185525                              Florida Bar No.: 0102808
**FISHERBROYLES LLP**                          **KUHN RASLAVICH, P.A.**
1221 Brickell Ave., Suite 900                    2110 West Platt Street
Miami, FL 33131                                         Tampa, Florida 33606
Telephone: (786) 873 – 4603                    Telephone: (813) 422 - 7782
Robert.Wright@fisherbroyles.com           Facsimile: (813) 422 - 7783
Irene.Oria@fisherbroyles.com                  Ben@theKRfirm.com
Counsel for Defendant                              Counsel for Plaintiff

*Certificate of Service follows on the next page*

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ *Benjamin W. Raslavich*
Benjamin W. Raslavich, Esquire
Florida Bar No.: 0102808